## IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| PIEDMONT AIRLINES, INC. AND NEW HAMPSHIRE INSURANCE COMPANY C/O SEDGWICK CLAIMS MANAGEMENT SERVICES, INC., | : | No. 407 WAL 2018 |
| | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the |
| Petitioners | : | Commonwealth Court |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| WORKERS' COMPENSATION APPEAL BOARD (WATSON), | : | |
| | : | |
| Respondents | : | |

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 25th day of February, 2020, the Petition for Allowance of Appeal is **DENIED**.